Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
Cody Cooper (SBN 304730)
cody@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**AMBER MACHOWSKI**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> 109 BROADWAY, LLC, a California limited liability company; GUADALAJARA FURNITURE INC, a California corporation; and DOES 1-10, <br><br> Defendants. | CASE NO.: 8:21-cv-01899-JLS-JDE <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> The Hon. Josephine L. Staton <br> Trial Date: Not on Calendar |

The Parties hereby jointly notify the Court that a confidential settlement has been reached in the above-captioned case, and the Parties would like to avoid any additional expense and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record, shall show cause why this case has not been dismissed.

DATED: December 22, 2022       THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: */s/Peter Shahriari*
PETER SHAHRIARI, ESQ.
Attorney for Plaintiff, AMBER MACHOWSKI

DATED: December 22, 2022       LAW OFFICES OF STEPHEN ABRAHAM

By: */s/Stephen E. Abraham*
Stephen E. Abraham, Esq.
Attorney for Defendants, 109 BROADWAY, LLC and GUADALAJARA FURNITURE OUTLET, a general partnership, erroneously sued as Guadalajara Furniture Inc.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/Peter Shahriari*
By: PETER SHAHRIARI, ESQ.
Attorney for Plaintiff, AMBER MACHOWSKI