# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>109 BROADWAY, LLC, a California limited liability company; GUADALAJARA FURNITURE INC, a California corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 8:21-cv-01899-JLS-JDE<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Amber Machowski's action against Defendants 109 Broadway, LLC, a California limited liability company, and Guadalajara Furniture Outlet, a general partnership, erroneously sued as Guadalajara Furniture Inc., is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  February 7, 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE